Argued December 19, affirmed December 29, 1975

In the Matter of the Dissolution of the Marriage of
BRETTHAUER, *Respondent, and* BRETTHAUER
(No. D7600, CA 5029), *Appellant.*
543 P2d 297

*L. M. Giovanini,* Beaverton, argued the cause and filed the brief for appellant.

*Carrell F. Bradley,* Hillsboro, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

PER CURIAM.

Affirmed. No costs to either party. *See, Conger and Conger,* 23 Or App 755, 543 P2d 296 (1975).